IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY LANDRUM, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO.: 2:07cv495-WKW |
| | § |
| DR. JOHN ALLEN JONES, et al., | § |
| | § |
| Defendants. | § |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the Middle District of Alabama:

COMES NOW the Defendant, Dr. John Allen Jones, III, who is a Defendant in the above-styled action, and submits this Notice of Removal from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. This Defendant is represented by the undersigned counsel and respectfully states as follows:

1. On January 22, 2007, an action was commenced against Dr. John Allen Jones, III, by the filing of a Complaint in the Circuit Court of Montgomery County, Alabama entitled "Johnny Landrum v. Dr. John Allen Jones, III, et al." Civil Action No.: CV-07-134. (See Compl., attached hereto as Exhibit "A"). The summons and complaint were served on Dr. Jones on or about May 7, 2007. (See Alacourt summary, attached hereto as Ex. "B"). In his Complaint, the Plaintiff alleges that Dr. Jones has failed to provide him with appropriate medical care in violation of his Eighth Amendment rights pursuant to the United States Constitution. (See Compl. at ¶¶ 3-4).

2. The Defendant desires to exercise his right under the provision of Title 28 U.S.C. § 1441(a) and (b) to remove this action from the Circuit Court of Montgomery County, Alabama in which said action is now pending.

3. This is a civil action over which the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. § 1331. Dr. Jones is the only Defendant named in this action.

WHEREFORE, PREMISES CONSIDERED, Defendant Dr. John Allen Jones, III respectfully files this Notice of Removal pursuant to 28 U.S.C. § 1446, removing this action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this the 5th day of **June, 2007.**

R. BRETT GARRETT (GAR085)
Attorney for Defendant, Dr. John Allen Jones, III

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (facsimile)
bg@rsjg.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed, on this the 5th day of **June, 2007**:

Johnny Landrum (AIS # 134871)
BIBB CORRECTIONAL FACILITY
565 Bibb Lane
Brent, AL 35034

_____
OF COUNSEL

clerk copy

ALABAMA JUDICIAL DATE CENTER MONTGOMERY COUNTY ALABAMA.

JOHNNY LANDRUM

JURYDEMAN REQUESTED

VS.   PLAINTIFF

CV-07-134

CIVIL ACTION NUMBER

DR. JOHN ALLEN JONES
        ETAL.

COME NOW THE PLAINTIFF JOHNNY LANDRUM, BY THROUGH HIMSELF, WITHOUT COUNSEL OR BENFIT OF HAVING ONE DOES RESPECTFULLY MOVE THIS HONORABLE COURT TO TAKE JUDICIAL NOTICE OF THE FACTS AND GIVE HEREIN PURSUANT TO THE ALABAMA R. CIVIL PRO. SPECIALLY RULE (3)9A0. AND RULE 4(A).. IN ACCORDANCE WITH THE COMMENCE OF ACTION AND SERVICE OR PROCEDURE.
COME NOW THE PLAINTIFF THIS CIVIL AND GIVE NOTICE OF THE SUMMONTO BE SERVED AGAINST THE NAME DEFENDANT TO WIT:

JOHN ALLEN JONES (3)
BAPTIST MEDICAL TOWERS, SUITE 804 M.D.
2055 EAST SOUTH BOULEVARD
MONTGOMERY, ALABAMA 36116
PHONE: 281-6688

WHERE THE PLAINTIFF GIVES THE ADDRESS OF THE DEFENDANT TO BE SERVED WITH THE CIVIL SUIT WHEREFORE AFTER BEING SERVED THE DEFENDANT HAVE 30 DAY TO RESPOND TO THE SUIT TO PROTECT THEIR RIGHT.
THIS IS A CIVIL ACTION FOR CLAIM BEING FILED FOR DAMAGES AGAINST THE PLAINTIFF UNDER MEDICAL MALPRATICE AGAINST DR. JONES WHO IS EMPOLYED AT THE BAPTIST MEDICAL TOWERS WHO IS A FULLY TIME MEDICAL DOCTOR.
A MEDICAL MALPRACTICE CLAIM AGAINST DR. JONES WAS BREACHED A FULLY DUTY OWED UNDER HIS PROFESSIONAL SKILLS AND AS GROUNDS THEREFORE LANDRUM SHOWS THE THE FOLLOWING....

(1.)

Blumberg No. 5118   EXHIBIT A

## STATEMENTS OF THE LAWSUIT

DR. WHITLEY, CHECK JOHNNY EYES AND TOLD ME, JOHNNY THAT JOHNNY HAD CATARACT IN MY LEFT EYE,,, DR. WHITLEY, THEN MADE A POINTMENT TO SEE DR.. JONES, JOHNNY WAS TRANSPORTED TO SEE DR. JONES, THEN DR. JONES SAID JOHNNY YOU NEED CATARACT SURGERY AND I DR. JONES HE WILL PUT IN A NEW LENSES THAT JOHNNY WOULD HAVE 20,20,........ IN HIS LEFT EYE.

6-1-06, DR. JONES AND JOHNNY SET AND TALK ABOUT THE SURGERY. WHAT ALL HE HAD TO DO AND WHAT TO EXPECT AFTER SURGERY THAT HE JONES WOULD REMOVE MY LENSES AND PUT IN ANOTHER THERE WERE TWO INMATES TO HAVE SURGERY JOHNNY LEFT EYE M.C. SILER RIGHT, DR. JONES SAID WHEN HE IS FIXING THAT I JOHNNY WOULD NOT HAVE TO WARE GLASSES ANY MORE.

THEN JONES TOLD THE OFFICE TO CARRY JOHNNY A SILER OVER TO 20,20,.... WHERE THEN AT 20-20, CHECK JOHNNY AND SILER EYES FOR A NEW LENSES ON THE DATE OF 6-1-06, SAME DAT. 6-7-06, JOHNNY AND M.C. SILER WAS THAN PORT TO BAPIST MEDICAL TOWERS FOR EYE SURGERY THEN THAT DID ALL THE PAPERS WORK THEN DRESS JOHNNY IN A ROOM THEN CARRY ME TO ANOTHER ROOM- PUT ME JOHNNY ON A BED THEN CHECK MY BLOOD PRESS THAN DID A E.K.G., PUT IN I.V., .., PUT DROP OF SOMETHINGS IN MY EYE"S ABOUT FIVE DIFFER TIMES , PUT TO SLEEP FOR A LITTER WHILE, DON"T KNOW HOW LONG, THEN I CAME TO, TO, , NUMBERS AIS,.

ME JOHNNY, MY NAME , MY AGE AIS: NUMBERS DATE OF BIRTH , THEN JOHNNY WAS ROLL IN FOR SURGERY , UPON THAT KNOW ONE CHECK MY I.D. BAR, WHEN I WAS IN THE ROOM , SOMEONE, ASK AGAIN WHAT IS YOUR NAME AGE AIS: NUMBERS, DATE OF BIRTH, NO ONE CHECK MY I.D., BAR THEN THAT BEGAN OPERATIVE... WHILE JONES WAS OPERATIVE, JONES WAS TALKING TO ME. DO YOU , FILL ANYTHING, ARE YOU ALL RIGHT , JOHNNY SAID YES THEN SOMEONE SAID THAT IS. JOHNNY NOT SILER THEN, I HURT NOTHING FOR A MOMENT, A WHILE THEN JONES TOLD ME WHEN HE WAS THREW OPERATING ON MY EYE"

S, MY LENSES WAS FOGGY, BLURRED, . AND HE HAD TO PUT SOMETHIN IN MY EYE"S. THAT I IS WHEN I KNOW JONES HAD PUT THE WRONG LENES IN MY EYE"S, THEN JOHNNY SAID TO MYSELF WHY HE DID NO. PUT THE LENES IN

THAT WAS ORDER FOR ME, I KNOW THAT JONES HAD MADE A MISTAKE..........
IT WAS OVER THAT DAY 6--8-06, FOLLOW UP WENT TO SEE JONES. HE, CHECK
MY EYE"S, CAN YOU READ THE LETTER ON THE WALL, CHART..: I SAID I
CAN"NT, I CAN NOT SEE NOTHING, BUT A BRIGHT LIGHT THEN, JONES GIVE
ME THREE TYPE OF DROP FOR MY EYE'S AHND A PAIR OF SUN GLASS AND
TOLD ME HE WILL SEE ME IN TWO WEEKS.
FOLLOWING UP ON 6/29-06, C.O.I- HARRIS WAS WITH JOHNNY IN THE VISITOR B
ROOM, AT THE TIME, WHEN JONES MADE A JOKING STATEMENT WITH JOHNNY
ABOUT EYE"S THAT JOHNNY HAVE COW EYE"S AND THE LENESS THAT JONES
HAD ORDER WOULD NOT FIT JOHNNY EYE"
MY EYE"S HAVE BEEN BURNING HURTING, AND RUNNING, WATER FOR SOMETIMES
NOW, SINCE I HAD SURGERY. WHEN JOHNNY GO TO SEE DR. WHITLEY HERE
AT BIBB CORRECTION FACILITY, ALL HE CAN DO IS GIVE ME EYE DROPS,
AND DROPRS THAT DON"T HELP AT ALL , HE CAN DO IS ...............
NEED TO SEE ANOTHER EYE DR,ECTOR , SOON AS POSSIBLES...
DR. JONES, PUT M.C. SILER LEFT EYE LINSES IN JOHNNY LEFT EYE AND
NOT THE LINSES THAT WAS ORDER FOR JOHNNY MIX UP..................
HE GAVE, ME THREE TYPES OF EYEDROPS AND A PAIR OF ..............

---

ON THE 5-07-06, CO.1, SANDERS WAS IN THE OPERATING ROOM WITH JOHNNY
AND M.C., SILER WILD, DR. JONES WAS OPERATING AND CO:1, SANDERS
SAID THAT HE WILL TELL THE COURT'S WHAT HE KNOW ABOUT THAT MATTERS
AT HAND, THAT WENT ON 5-07-06, WHEN TIME COME, OR CALK..........

*Johnny [signature]*

(2.)

05/30/2007 14:42 FAX 205 871 7135    MEDICAL ASSURANCE CLAIMS    @006
05/29/2007 03:52  3342810324    JOHN ALLEN JONES    PAGE 06

## ACTION ONE

(1.) YOU HAVE THE RIGHT TO MEDICAL CARE.
(2.) THE BASICAS THE ALABAMA DEPT. OF CORRECTION MUST PROVIDE YOU WITH MEDICAL CARE IF YOU NEED IT.
(3.) THE EIGHTH AMENDMENT ALSO PROTECTS YOUR RIGHT TO MEDICAL CARE.
(4.) THE CONSTITUTION GUARANTEEDS PRISONERS THIS RIGHT MEDICAL CARE TO INDIVIDUALS OUTSIDE OF PRISON BECAUSE, AS THE COURT EXPLAINED.
AN INMATE MUST RELY ON PRISON AUTHORITIES TO THE TREATMENT HIS MEDICAL NEEDS.
IF THE AUTHORITIES FAIL TO DO SO THOSE NEEDS WILL NOT BE MET.
ESTELLE V. GAMBLE (429 U.S. 97, 103, (1976).

### CLAIM TO WHICH RELIEF EXIST

(1.) UNFORTUNATELY THE EIGHTH AMENDMENT DOES NOT GUARANTY YOU THE SAME LEVEL OF MEDICAL CARE YOU MIGHT CHOOSE IF YOU WERE NOT IN PRISON TO SUCCEED IN AN EIGHTH AMENDMENT CHALLENGE TO THE MEDICAL CARE IN YOUR PRISON, ..............
I MUST SHOW THAT..........................................
(A.) YOU HAVE SERIOUS MEDICAL NEED.
(B.) PRISON OFFICIALS SHOWED "DELIBERATE", INDIFFERENCE", TO YOUR SERIOUS MEDICAL NEED", AND...
(C.) THIS DELIBERATE IN DIFFERENCE CAUSED YOUR INJURY.
(2.) ESTELLE V. GAMBLE 429 U.S. 97, (1976).
THESE REQUIREMENTS ARE DESCRIBED IN MORE DETAIL BELOW.
(A.) SERIOUS MEDICAL NEED.

UNDER THE EIGHTH AMENDMENT, ENTITLED TO MEDICAL CARE FOR SERIOUS MEDICAL NEEDS.
(B.) SOME COURT HAVE HELD THAT A SERIOUS MEDICAL NEED IS ONE THAT HAS BEEN DIAGNOSED MBY A PHYSICIAN AS MANDATING TREATMENT OR ONE THAT IS SO OBVIOUS THAT EVEN ALAY PERSON WOULD EASILY RECOGNIZE THE NECESSITY FOR DOCTORS ATTENTION.
HILL V. DEKALB REGAL YOUTH DET. CTR. 40. F. 3D.1176.1187. (11THcir.1994).
(C.) COURTS USUALLY AGREE THAT THE MEDICAL NEED MUST BE ONE THAT IF LEFT UNATTENDED PROMISESLY) A SUBSTANTIAL RISK OF SERIOUS HARM.
TAYLOR V. ADAMS 221 F. 3D.1254. 1258(11th.cir.2000).

05/30/2007 14:43 FAX 205 871 7135    MEDICAL ASSURANCE CLAIMS    ☐007
05/29/2007  03:52   3342810324        JOHN ALLEN JONES

(G.) 2. IN OTHER WORDS IF A DOCTOR SAY YOU NEED TREATMENT OF YOU NEED IS OBVIOUS THAN IT IS PROBADLY.

(D.) IT THE PARTICULAR RISK OF HARM FACED BY A PROSONER DUE TO THE CHALLENGED DEPRIVATION OF CARE, RETHER THAN THE SEVERITY OF THE PRESONR UNDERLYING MEDICAL CONDITION, CONSIDERED IN ABSTRACT THAT IS RELEVANT FOR EIGTH AMENDMENT PURPOSES. 186 CHANCE V. ARMSTRONG 143F. 3d.698, 702- (2d.cir.1998).

FOR MORE ON THESE FACTOR'S ONE GOOD CASE TO READ IS BROCK V. WRIGHT 315F.158 (2d.cir. 2003).

IT IS IMPORTANT THAT YOU KEEP DETAILED RECORDS OF YOUR CONDITION AND INFORM HOW YOUR PROSON MEDICAL STAFF OF EXACTLY HOW YOU ARE SUFFERING.

I WAS YOU INTENTINALLY DENY ACCESS TO MEDICAL TOWERS TREATMENT WHILE IN THE BAPTIST SOUTH J

(2..) ELEMENTALLY PRINCIPLES OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE EIGHT AMENDMENT ESTABLISH THE GOVERNMENT OBLIGATION TO PROVIDE MEDICAL CARE FOR THOSE WHOM IT IS PUNISHING BY INCARCERATION

(3.) AT COMMON LAW THE PUBLIC IS REQUIRED TO CARE FOR THE PRIONER WHO CANNOT BY REASON OF THE DEPRIVATION OF HIS LIBERTY CARE FOR HIMSELF.

(4.) CIVIL RIGHT TO CRIMINAL LAW CRUEL AND UNUSUAL PUNISHMENT MEDICAL CARE FOR PRISONER.

(A.) DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED OF PRISONERS CONSTITUTES UNNECESSARY AND WANTON ININFICTION OF PAIN PROSCRIBED BY THE EITHTH AMENDMENT REGARDLESS OF WHETHER THE INDIFFERENCE IS MANIFECTED BY PRISONER NEED OR THEIR RESPONCE TO THE PRISONER NEED GUARDS IN INTENTIONALLY DENYING OR DELAYING ACCESS TO MEDICAL CARE INTENTIONALLY INTERFERING WITH THE TREATMENT ONCE PRESCRIBED.

RELIEF SOUGHTED
_____

(1.) THE HONABLE JUDGE SERVE DOCTOR WITH A COPY OF THE COMPLAINT WHICH CONFORM TO MEDICAL MALPRACTICE CLAIMS.

(2.) ACTUAL NEGLIGENCE EXIST BY CONDUCT AND ACT DINE BY DOCTOR       *Jones*

(3.) THE HONORABLE JUDGE ISSUE AN ORDER FOR A FULLY DISCOVERY TO BE GRANTED LANDRUM OF ALL EVIDENCE EXHIBITS AND DOCUMENTS TO WHICH LANDRUM IS ENTITLED TO PROVE HIS CLAIMS.

(4.) LANDRUM SEEKS DAMAGED TO BE AWARDED.

(A.) ACTUAL DAMAGES THE SUM OF TWO HUNDRED FIFTY THOUSAND DOLLARS.

(B.) DAMAGES FOR ALL PAINS AND SUFFERING TO BE AWARDED THE SUM OF EIGHTY THOUSAND DOLLARS AND AMONG FIXTER FOR FURTHER DAMAGER DANGER SET BY THE COURTS.

(5.) LANDRUM SEEKS THE COURT RIGHT FOR ANY SETTLEMENT OFFERS TO BE MADE BY AND THOUGH THIS HONORABLE COURT.

CERTIFICATE OF SERVICE

THIS DOES HEREBY CERIFIFY THAT JOHNNY LANDRUM HAS FORWARDED UNTO THE OFFICE THE CLERK MELISSA RITTEW OF MONTGOMERY COUNTY.

BY PLACING A COPY IN THE U.S. MAIL DOING THIS DATE
/ 2                    , DEC 2/ 2006.

X_____
JOHNNY LANDRUM

JOHNNY LANDRUM
AIS: 134871, E-3-30

```
05/30/2007 14:42 FAX 205 871 7135    MEDICAL ASSURANCE CLAIMS              ☐002
 05/29/2007  03:52   3342810324       JOHN ALLEN JONES                    PAGE  02
```

AVS0350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY COUNTY

SUMMONS

CV 2007 000134.00

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

JOHNNY LANDRUM AIS #134871 VS JOHN ALLEN JONES MD

SERVE ON: (D001)

PLAINTIFF'S ATTORNEY

SSN: 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

*** PRO SE ***

JONES JOHN ALLEN MD
BAPTIST MEDICAL TOWERS
2055 E SOUTH BLVD #804
MONTGOMERY    ,AL  36116-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(✓) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 05/03/2007

CLERK: MELISSA RITTENOUR
P O BOX 1667
MONTGOMERY AL 36102-1667
(334)832-1266

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____                           SERVER SIGNATURE _____

SERVER ADDRESS _____                 TYPE OF PROCESS SERVER _____

OPERATOR: LAW
PREPARED: 05/03/2007

## ALABAMA SJIS CASE DETAIL

**JOHNSON & GARRETT, PA**  **PREPARED FOR: T. KENT GARRETT**



County: **03**   Case Number: **CV 2007 000134 00**   Court Action:
Style: **JOHNNY LANDRUM AIS #134871 VS JOHN ALLEN JONES MD**

### Case

#### Case Information
| | |
|---|---|
| County: | 03 - MONTGOMERY |
| Case Number: | CV 2007 000134 00 |
| JID: | EWR EUGENE W. REESE |
| Trial: | J |
| Style: | JOHNNY LANDRUM AIS #134871 VS JOHN ALLEN JONES MD |
| Filed: | 01/22/2007 |

#### Case Type
| | |
|---|---|
| Code: | TOMM |
| Type: | MEDICAL MALPRACTICE |
| Track: | |
| Status: | A |
| Plaintiffs: | 001 |
| Defendants: | 001 |

#### Court Action
| | |
|---|---|
| DJID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | 0 |
| Lien: | 0 |

#### Damages
| | |
|---|---|
| Amount: | $0.00 |
| Compensatory: | $0.00 |
| Punitive: | $0.00 |
| General: | $0.00 |
| None: | |

#### Other Actions
| | | |
|---|---|---|
| Con Date: | Cont #: | Why: |
| RevJmt: | Admin Date: | Why: |
| Appeal Date: | Court: | Case: |
| Mistrial: | | |
| TBNV2: | DSDT: | DTYP: |

#### Comments
Comment 1:
Comment 2:

### Settings

#### Court Dates
| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | | | - |
| 2: | | | | - |
| 3: | | | | - |
| 4: | | | | - |

### Party 1 - C 001 - LANDRUM JOHNNY

#### Party Information
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C 001 | Name: | LANDRUM JOHNNY | | | Type: | I Individual |
| Index: | Y | Alt Name: | | | | JID: | EWR |
| SSN: | | DOB: | | Sex: | | Race: | |
| Address 1: | AIS #134871 | | | Address 2: | 565 BIBB LN | | |
| Phone: | 334 | City: | BRENT | State: | AL    Zip: 35034-0000 | Country: | US |
| Dock: | | Notice: | | Entered: | | | |

#### Attorneys
Attorney 1:   Name:                                        City:            State:


EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Type: | ReIssue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: | Type: | Service On: | | By: | |
| Answer: | Type: | NS Not: | | NA Not: | |
| Warrant | Type: | Arrest: | | | |

### Court Action

| | | | |
|---|---|---|---|
| CACT: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Party 1 - D 001 - JONES JOHN ALLENMD

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D 001 | Name: | JONES JOHN ALLENMD | | Type: | I Individual |
| Index: | Y | Alt Name: | | | JID: | EWR |
| SSN: | | DOB: | | Sex: | Race: | |
| Address 1: | BAPTIST MEDICAL TOWERS | | Address 2: 2055 E SOUTH BLVD #804 | | | |
| Phone: | 334 | City: MONTGOMERY | State: AL | Zip: 36116-0000 | Country: US | |
| Dock: | | Notice: | Entered: | | | |

### Attorneys

| | | | | |
|---|---|---|---|---|
| Attorney 1: | Name: | | City: | State: |
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: 05/03/2007 | Type: S Sheriff | ReIssue: | | Type: |
| Return: | Type: | Return: | | Type: |
| Service: 05/07/2007 | Type: S Served personally | Service On: | | By: |
| Answer: | Type: | NS Not: | | NA Not: |
| Warrant | Type: | Arrest: | | |

### Court Action

| | | | |
|---|---|---|---|
| CACT: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Case Action Summary - 03CV200700013400

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 01/22/2007 | 5:10:52 | TEXT | HARDSHIP FILED | KAR |
| 01/23/2007 | 5:09:20 | FILE | FILED THIS DATE: 01/22/2007   (AV01) | KAR |
| 01/23/2007 | 5:09:21 | TDMJ | JURY TRIAL REQUESTED   (AV01) | KAR |

| 01/23/2007 | 5:09:22 | ASSJ | ASSIGNED TO JUDGE: HON. EUGENE W. REESE (AV01) | KAR |
| 01/23/2007 | 5:09:23 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | KAR |
| 01/23/2007 | 5:09:24 | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | KAR |
| 01/23/2007 | 5:09:25 | ORIG | ORIGIN: INITIAL FILING (AV01) | KAR |
| 01/23/2007 | 5:09:52 | PART | LANDRUM JOHNNY ADDED AS C001 (AV02) | KAR |
| 01/23/2007 | 5:09:53 | ATTY | LISTED AS ATTORNEY FOR C001: PRO SE (AV02) | KAR |
| 01/23/2007 | 5:10:19 | PART | JONES JOHN ALLENMD ADDED AS D001 (AV02) | KAR |
| 01/23/2007 | 5:10:20 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | KAR |
| 01/23/2007 | 5:10:44 | D001 | ADDR2 CHANGED FROM: 565 BIBB LN (AV02) | KAR |
| 01/23/2007 | 5:10:45 | D001 | ADDR CITY CHANGED FROM: BRENT (AV02) | KAR |
| 01/23/2007 | 5:11:07 | GNOT | GENERAL NOTICE SENT TO: 0000 | KAR |
| 05/03/2007 | 10:39:45 | TEXT | ORDER DTD 4-26-07 GRANTING HARDSHIP AFF | LAW |
| 05/03/2007 | 10:39:54 | SUMM | SHERIFF ISSUED: 05/03/2007 TO D001 (AV02) | LAW |
| 05/21/2007 | 10:19:06 | SERC | SERVICE OF SERVED PERSON ON 05/07/2007 FOR D001 | JAG |
| 05/21/2007 | 12:29:19 | ETXT | SERVICE RETURN - TRANSMITTAL | AJA |

**END OF THE REPORT**