2:07cv 495-WKW

(New Address) Johnny Landrum
134871 - G-55 A
P.O. Box 150
Mt. Meigs, Al 36057-0150

TO: The Clerk

My Address has ben change since 6/5/07 And I notifiy the County But the County did not notifiy that Coat my Mail has ben going to Bibb And I was late getting my Mail.

Please forward All Response to New Address. Thank you

Johnny Landrum

Johnny Landrum
AIS#221877 #1-55 A
P.O. Box 150
Mt. Meigs Al 36057

**LEGAL MAIL**
"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Department is not responsible for the substance or content of the enclosed communication."

CA.# 2:07-CV-495-WKW

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Ala, 36101-0711