IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY LANDRUM, #134 871 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-495-WKW |
| DR. JOHN ALLEN JONES | * | |
| Defendant. | * | |

_____

**O R D E R**

Upon review of the objection filed by Plaintiff on June 27, 2007 ( Doc. No. 4), and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on June 12, 2007 (Doc. No. 2) be and is hereby WITHDRAWN.

DONE, this 11th day of September 2007.

                                           /s/ Susan Russ Walker
                                         SUSAN RUSS WALKER
                                         UNITED STATES MAGISTRATE JUDGE