IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY LANDRUM, | § § | |
| Plaintiff, | § § | |
| v. | § | 2:07-cv-495-WKW |
| | § | |
| DR. JOHN ALLEN JONES, et al., | § § | |
| Defendants. | § | |

## MOTION TO STRIKE/SEAL DEFENDANT'S RESPONSE TO COURT ORDER FILED AS DOCUMENT 7 TO THIS COURT'S DOCKET REPORT

COMES NOW the Defendant, John Allen Jones, III, M.D. and moves the Court to enter an Order striking and sealing this Defendant's Response to Court Order filed as Doc. 7 to this Court's Docket Report as well as that supplemental information attached thereto as Exhibit "A" and in support shows as follows:

1. On September 11, 2007, this Honorable Court issued an Order directing Defendant to submit to the Court information describing Defendant's employment relationship with Prison Health Services, Inc. (PHS) and/or the Alabama Department of Corrections (ADOC).

2. Counsel for Defendant is in the process of compiling this information as well as preparing a brief supporting the Magistrate Judge's original Recommendation of Dismissal in this action. Said information is due to be filed on or before September 26, 2007.

3. Due to a filing error, Defendant's Response to this Court's Order was today filed prematurely. Moreover, a copy of a contractual agreement

    dictating the terms of employment between Defendant and PHS was filed in error as an exhibit thereto in a non-redacted form.

4. Said contractual agreement contains irrelevant, personal, and confidential personal information that should not be made publicly available/accessible as a document to this proceeding.

WHEREFORE, Defendant moves this Honorable Court to enter an Order striking and sealing that response identified as Doc. 7 to the Docket Report in this action, as well as that non-redacted contractual agreement attached thereto as Exhibit "A."

Respectfully submitted this the 21st day of September, 2007.

            *s/ R. Brett Garrett*
            R. BRETT GARRETT (GAR085)
            Attorney for Defendant, John
            Allen Jones, III, M.D.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (facsimile)
bg@rsjg.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed, on this the 21st day of September, 2007:

Johnny Landrum (AIS # 134871)
BIBB CORRECTIONAL FACILITY
565 Bibb Lane
Brent, AL 35034

*s/ R. Brett Garrett*
OF COUNSEL
