IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY LANDRUM, #134 871 | * | |
|     Plaintiff, | * | |
|     v. | * | 2:07-CV-495-WKW |
| DR. JOHN ALLEN JONES | * | |
|     Defendant. | * | |

_____

**ORDER ON MOTION**

Before the court is Defendant's request to strike and seal his September 21, 2007 response to the court's September 11, 2007 order. Upon consideration of the request, and for good cause, it is

ORDERED the Defendant's Motion to Strike and Seal Response to Court Order (Doc. No. 9) be and is hereby GRANTED.

The Clerk is DIRECTED to strike Document Number 7 from the record and place Document Number 7, including the attachment labeled as "Exhibit A," under seal.

DONE, this 21st day of September 2007.

                                                    /s/ Susan Russ Walker
                                                    SUSAN RUSS WALKER
                                                    UNITED STATES MAGISTRATE JUDGE