IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY LANDRUM, #134 871 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-495-WKW |
| DR. JOHN ALLEN JONES | * | |
| Defendant. | * | |

_____

**ORDER**

Upon review of Plaintiff's October 10, 2007 pleading (*Doc. No. 17*), and for good cause, the Clerk is DIRECTED to furnish Plaintiff with a copy of the docket sheet in this matter. The Clerk is further DIRECTED to furnish Plaintiff with a copy of Document Numbers 13 and 14.

DONE, this 12th day of October 2007.

　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE