IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY LANDRUM, #134 871 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-495-WKW |
| DR. JOHN ALLEN JONES | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, and for good cause, it is

ORDERED that the motion (*Doc. No. 17*) be and is hereby GRANTED.

Accordingly, it is further ORDERED that:

1. Defendant undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken by prison officials to resolve the subject matter of the complaint and amended complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together;

2. On or before November 20, 2007 Defendant file an **answer and written** report to the complaint and amended complaint and serve a copy upon Plaintiff.[1] **The written**

---

[1] Entry of this order extends the deadline for filing the written report to the complaint as directed by the court's order entered September 28, 2007.

**report must contain the sworn statements of all persons having personal knowledge of the subject matter of the complaint, as amended.** *In cases involving medical treatment claims, Defendant(s) shall provide an affidavit from a named defendant or other health care professional which (i) contains a detailed explanation of the treatment provided to Plaintiff, and (ii) interprets the information contained in the medical records relevant to the claims presented in the complaint.* All defenses including immunity defenses must be set forth in the written report or such defenses may be waived. Authorization is hereby granted to interview all witnesses, including Plaintiff. Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where Plaintiff's claim or Defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines. **In addressing the claims presented by Plaintiff, Defendant shall furnish copies of all documents, records and regulations relevant to Plaintiff's claims for relief**.

      3. No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

      The CLERK of Court IS DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order together with a copy of the amended complaint to counsel of record.

DONE, this 12th day of October 2007.


      /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE