**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHNNY LANDRUM,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **2:07-cv-495-WKW** |
| | § | |
| **DR. JOHN ALLEN JONES, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER</u>

COMES NOW Defendant, John Allen Jones, III, M.D., and moves this Court for an extension of time of fifteen (15) days, up to and including December 5, 2007, to file a Special Report and Answer in the above styled action.  As grounds for said Motion, Defendant sets forth as follows:

1.      Counsel for Defendant has met with Defendant in preparation for drafting a Special Report and Answer.

2.      However, due to unavoidable scheduling conflicts, counsel for Defendant has been unable to meet with Defendant to secure the appropriate affidavit testimony in support thereof.

3.      This brief extension will not prejudice any party to this action.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Honorable Court grant an extension of time up to and including December 5, 2007 to file his Special Report and Answer.

Respectfully submitted this the <u>20th</u> day of <u>November, 2007</u>.

*s/ R. Brett Garrett* _____
R. BRETT GARRETT (GAR085)
Attorney for Defendant, John
Allen Jones, III, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (facsimile)
bg@rsjg.com  (email)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed, on this the 20th day of November, 2007:

Johnny Landrum (AIS # 134871)
BIBB CORRECTIONAL FACILITY
565 Bibb Lane
Brent, AL 35034

*s/ R. Brett Garrett* _____
OF COUNSEL