**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

December 10, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Landrum v. Jones

Case Number:   2:07-cv-00495-WKW

Referenced Pleading:   Conflict disclosure
Docket Entry Number:   26

**The referenced pleading was filed on \*\*December 7, 2007\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was RE-filed by counsel on December 7, 2007 as Docket Entry 27 to correct the errors contained in Docket Entry 26.**

**Parties are instructed to disregard #26 docketing entry, which has been stricken from the record as a docketing error and refer only to #27 entry.**