Ref. Case #2:07-495-WKW
CV-2:07-495-WKW

Re: Address Change Notice and Request for Copies.

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery Ala, 36101-0711

RECEIVED
2007 DEC 11 A 9:39
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Clerk,

Please accept this letter and certify as Notification of Address Change. My Current home Address is listed below However I am in Need of a Copy of Past filings due loss While in D.O.C. Custody of Many documents.

Date: 12-10-07
Signature: Johnny Landrum

New Address: Johnny Landrum
366 County Road, 18
Sweet Water, Ala - 36782

JohNNy LaNdRUM
366 Co. Rd. 18
Sweet wateR Ala, 36782

MONTGOMERY AL 361

10 DEC 2007 PM 3 T



Office of The Clerk
UNited State DisTrict Court
P.O. Box 711
MoNtgomery Ala 36101-0711