IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JOHNNY LANDRUM, #134 871        *

    Plaintiff,                  *

    v.                          *       2:07-CV-495-WKW

DR. JOHN ALLEN JONES             *

    Defendant.                  *

_____

**ORDER ON MOTION**

Plaintiff filed a notice of change of address on December 11, 2007. The court construes the notice as containing a motion for a free copies. Plaintiff states that he needs a copy of "past filings."

Plaintiff's request for copies fails to provide the court with sufficient notice of the specific documents he is requesting. Nevertheless, Plaintiff is advised that neither the court nor Defendants are required to provide him with copies of documents without prepayment of costs. If Plaintiff wishes to receive copies from this court, he may do so upon prepayment of fifty (.$50) cents per page, payable to the Clerk of Court by certified check or money order. To assist the Plaintiff in this endeavor, he will be provided with a copy of the docket sheet in this matter.

Accordingly, it is

ORDERED that Plaintiff's motion for free copies (*Doc. No. 29*) be and is hereby

DENIED.

The Clerk is DIRECTED to mail to Plaintiff a copy of the docket sheet in this matter.

DONE, this 12th day of December 2007.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE