IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY LANDRUM,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　CASE NO. 2:07-CV-495-WKW[WO]
　　　　　　　　　　　　　　　　　)
DR. JOHN ALLEN JONES,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　 )
　　　　　　　　　　　　　　　　　)

## ORDER

On November 23, 2009, the Magistrate Judge filed a Recommendation in this case
(Doc. # 32), to which no objections were filed.  Upon independent review of the record, and
upon consideration of the Recommendation, it is ORDERED as follows:

(1)　　The Recommendation of the Magistrate Judge (Doc. # 32) is ADOPTED;

(2)　　Defendant's motion for summary judgment (Doc. # 22) on Plaintiff's Eighth
Amendment claim is GRANTED, and the Eighth Amendment claim is DISMISSED with
prejudice;

(3)　　Plaintiff's supplemental state law claim is DISMISSED without prejudice,
pursuant to 28 U.S.C. § 1367(c)(3); and

(4)　　costs are TAXED against Plaintiff.

DONE this 5th day of January, 2010.

　　　　　　　　　　　　　　/s/　W.　Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE